14 F.3d 46
 Burchill (Robert George)
v.
Kish (Douglas), Rehrig (Scott R.), Harbove (Michael),
MacConnell (Donald K.), Spitko (Arthur), Toth (Thomas),
South Whitehall Police Department, South Whitehall Township,
Waldron (Kelly), Steinberg (Robert L.), Lehigh County
District Atty's Office, Lehigh County, Allentown
Hospital/Healtheast, Gross (Paul, Dr.), Bower (Clyde R.),
John Doe, Roe (Richard)
 NO. 93-1438
 United States Court of Appeals,
Third Circuit.
 Nov 12, 1993
 
 Appeal From: E.D.Pa.,
 Van Antwerpen, J.
 
 
 1
 AFFIRMED.